LF 028
(Rev. 11/04/2019)

**4:26-CV-¯1445**

PRISONER CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**FILED IN CLERK'S OFFICE
U.S.D.C. – Rome**

**JUN 03 2026**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Saleeban isse adan #1000439372.

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**4:26-CV-¯1445**

Africa And Africaamerica
and united states
warden security.

(Enter above the full name of the defendant(s).)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

I.   **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)     No (  )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

        1.    Parties to this previous lawsuit:

        Plaintiff(s):   Saleeban isse adan

1


American LegalNet, Inc.
www.FormsWorkFlow.com

LF 028
Rev. 11/04/2019

Defendant(s): AFRICA FOREIGN AMERICA and united STATES WARDEN SECURITY

2.    Court (name the district): united STATES DISTRICT COURT. MACON, DIVISION.

3.    Docket Number:    I DONIT KNOW

4.    Name of judge to whom case was assigned: I HAVENT SEEN JUDGE

5.    Did the previous case involve the same facts?

Yes ( )        No (✗)

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?): PENDING They wanna me To pay COURT.

7.    Approximate date of filing lawsuit: _____

8.    Approximate date of disposition: _____

## II.    Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Place of Present Confinement: _____

B.    Is there a prisoner grievance procedure in this institution?

Yes ( )        No (✗)

C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )        No (✗)

D.    If your answer is YES:
1.    What steps did you take and what were the results?
N/A

2


American LegalNet, Inc.
www.FormsWorkFlow.com

LF 028
Rev. 11/04/2019

2.    If your answer is NO, explain why not: I DON'T HAVE TZIICR GenTile JEwish in THIS MATTER I wanna To HEaRTHE white JuJge auTboRiTiEs To AMeRican white GoveRnmenTs

## III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff: Saleeban isse adan

Address(es): HaighTmax 2978 HighTway 36 wesT STaTe PRisoner B·L·u·D· P·O· Box 3678 Jackson GA - 30233·

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): AFRica FuRciGn aMeRica and aFRica black aMeRica and uniTeD STates and waRDen SecuRiTy·

Employed as waRDen SecuRiTy AFRica FoRCiGn aMeRica and aFRica black aMerica and uniTeD STaTes

at uniTeD STaTes waRDen SecuRiTy

## IV.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

( X )    Federal official (a *Bivens* claim)
( X )    State or local officials (a § 1983 claim)

3


American LegalNet, Inc.
www.FormsWorkFlow.com

LF 028
Rev. 11/04/2019

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

GentiLe Foreign Jewish and america GentiLe Jewish.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

GentiLe Foreign Jewish and america GentiLe Jewish.

## V.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
(X) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

## VI.    Statement of Claim

State here as briefly as possible the facts of your case. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them. Do <u>not</u> give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

They Refuse To me Legal Phone call. Iam The one I makes I Phone and good T-V. Iam holly Spirit man. and iam own fast Food Restucrent and Iam own bakers. They Donot Proof me Jam The owner. my Fast Food Restucrent and I Dont have no Phone. I Dont Like no GentiLe Foreign Jewish They Donot HeLP me Iam hurting my chow Tooth. if you not help me with in one day am I. DIe Soon I Dont have To Sue no one else I gotta money. I dont wanna Sue no body If I donita do Just my business Today am i be out of it Tomorrow. and if I Donot be Part of That Technology and no body will wanna Trade me I already have Full electronical Cushier

4


American LegalNet, Inc.
www.FormsWorkFlow.com

LF 028
Rev. 11/04/2019

My Judge I am hurting my chow tooth I am hurting my Right all chow tooth because I had cut kidney and I had cut heart The people they cuming to me Like my day Judgement day Happened to me on may-26-2018 They dunot talk to me they telling me good morning. Today was bad day they walk Round my Judge my enemies they are kenya foreign america. and ethiopia. They working in this prisoner they donot help me I donit like Gentile. The Gentile they cannot be christian. I was born muslim between my time and Jesus his time I leave islam for christian. I be new christian cause I leave the two anarab Religions they wanna took united states my Judge I donit wanna you shut me for my mind. they short me for my heart. Do you know about The brain is not matter. about the heart is ou matter I wanna you help me I have heart problems. and I've Dangerous worm b is in my heart I wanna you tuck out the worm b is in my heart. I do not be animal

## VII.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have the Lizard worb He breaking my heart and I had africa Doctor He cut my Right kidney and He cut my heart.

## VIII.   Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Judge court yeah I have money and I wanna you pay my court fee! with my money if you wanna money me ask I.R.S. Department of The Treasury kansas city. mo. 64999-025 They Have money for me I donit Have to sue no body. I wanna you make me master credit card and I wanna you make me visa credit card. and I wanna you ask spirit about the How much money Do I Have now. I lost all my property. I wanna you give me one good counselor. I Have money to pay for the counselor. I had bad private niger black lawyer He did not fighting my cases

5

American LegalNet, Inc.
www.FormsWorkFlow.com

LF 028
Rev. 11/04/2019

He Told me Iam going Home 2020 He said
Iam going set sentence Two life and plus 20 yrs
Iam still incarcerated 25 years I Had Different
ethiopia Africa Judge and who elected for me
2004. both man Lawyer and Judge They are
America foreign peoples I wanna To Have white
Judge To sentence To me but Iam not Guilty
I killed ilaah. I do not kill no peoples
I killed my God. and iam not Guilty

Signed this ___27.___ day of ___May_____, 20_26_

Saleeban isse ada

Signature of Plaintiff

**STATE OF** Georgia Atlanta
**COUNTY (CITY) OF** Atlanta Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _S- 27- 2026_
         (Date)

Saleeba isse ada

Signature of Plaintiff

6


American LegalNet, Inc.
www.FormsWorkFlow.com